CENTRAL GREYHOUND LINES, INC., OF NEW YORK, Appellant, *v.* CARROLL E. MEALEY et al., Constituting the State Tax Commission, Respondents.

Submitted November 29, 1948; decided December 3, 1948.

Motion for reargument granted. Case set down for reargument during the January, 1949, term. [See 296 N. Y. 18; 334 U. S. 653, 663, 664.]